■ In the Matter of CHARLES MAYNARD et al., Appellants, v THOMAS A. COUGHLIN, III, et al., Respondents.—Appeal by the petitioners from a judgment of the Supreme Court, Dutchess County, dated October 2, 1986.

Ordered that the judgment is affirmed, without costs or disbursements, for reasons stated by Justice Edelstein at Special Term. Mangano, J. P., Bracken, Brown and Niehoff, JJ., concur.